IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA GOODMAN, LISA COUNTRYMAN, SHARON CLARKE, CHERYL GALLOPS, SHERRI STUCKEY, LAUREN SPIVEY and TIFFANY HAIRSTON-LOTT, individually, and on behalf of all others similarly situated, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>COLUMBUS REGIONAL HEALTHCARE SYSTEM, INC. <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.: 4:21-cv-00015-CDL |

**MOTION TO DROP PARTY AND RE-CAST CASE STYLE**

Plaintiffs move pursuant to Fed. R. Civ. P. 21 to drop Tiffany Hairston-Lott as a plaintiff and, accordingly, to delete her from the style of the case.  Counsel for Plaintiffs has conferred with defense counsel and is authorized to state that Defendant does not object to the motion.

Documents produced in discovery by Defendant show that Ms. Hairston-Lott withdrew from the ERISA plan at issue in this action prior to the beginning of the proposed class period and, thus, she lacks standing to pursue the claims asserted in this action.

A proposed Order is attached.

[signatures on next page]

**WILLIAMSON AND YORK, LLC**

/s/ John Williamson
John Williamson
(Ga. Bar No. 765190)
jhw@williamsonyork.com

Chris York
(Ga. Bar No. 781180)
jyork@williamsonyork.com

2727 Paces Ferry Road, S.E.
Building One, Suite 750
Atlanta, Georgia 30339

   -and-

JAMES WHITE FIRM, LLC
James H. White, IV
(admitted *pro hac vice*)
james@whitefirmllc.com

2100 Morris Avenue
Birmingham, Alabama 35203

**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BARBARA GOODMAN, LISA COUNTRYMAN, SHARON CLARKE, CHERYL GALLOPS, SHERRI STUCKEY, LAUREN SPIVEY and TIFFANY HAIRSTON-LOTT, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COLUMBUS REGIONAL HEALTHCARE SYSTEM, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:21-cv-00015-CDL |

**ORDER**

Plaintiffs have moved pursuant to Fed. R. Civ. P. 21 to drop plaintiff Tiffany Hairston-Lott because information developed in discovery shows that she withdrew from the ERISA plan at issue in this case prior to the beginning of the proposed class period and thus lacks standing. Defendant does not object. Accordingly, Tiffany Hairston-Lott is dropped as a party to the action. Additionally, the parties and the Clerk are directed to re-cast the style of the case by deleting Tiffany Hairston-Lott as a named Plaintiff.

SO ORDERED this ___ day of _____, 2022.

_____
HON. CLAY D. LAND
UNITED STATES DISTRICT JUDGE