IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA GOODMAN, LISA COUNTRYMAN, SHARON CLARKE, CHERYL GALLOPS, SHERRI STUCKEY, LAUREN SPIVEY and TIFFANY HAIRSTON-LOTT, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBUS REGIONAL HEALTHCARE SYSTEM, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:21-cv-00015-CDL ) ) ) ) ) ) |

**ORDER**

Plaintiffs have moved pursuant to Fed. R. Civ. P. 21 to drop plaintiff Tiffany Hairston-Lott because information developed in discovery shows that she withdrew from the ERISA plan at issue in this case prior to the beginning of the proposed class period and thus lacks standing. Defendant does not object. Accordingly, Tiffany Hairston-Lott is dropped as a party to the action. Additionally, the parties and the Clerk are directed to re-cast the style of the case by deleting Tiffany Hairston-Lott as a named Plaintiff.

SO ORDERED this 29th day of September, 2022.

___S/Clay D. Land
HON. CLAY D. LAND
UNITED STATES DISTRICT JUDGE