IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA GOODMAN, LISA COUNTRYMAN, SHARON CLARKE, CHERYL GALLOPS, SHERRI STUCKEY, and LAUREN SPIVEY, Individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>COLUMBUS REGIONAL HEALTHCARE SYSTEM, INC.,<br><br>   Defendant. | Civil Action No. 4:21-cv-00015-CDL |

**JOINT MOTION FOR PRELIMINARY
<u>APPROVAL OF CLASS SETTLEMENT</u>**

Plaintiffs Barbara Goodman, Lisa Countryman, Sharon Clarke, Cheryl Gallops, Sherri Stuckey and Lauren Spivey ("Plaintiffs") and Defendant Columbus Regional Healthcare System, Inc. ("CRHS" or "Defendant") (jointly, the "Parties") hereby move the Court for preliminary approval of a class settlement agreed to by the Parties.

In support of the motion, the Parties file herewith: (1) Memorandum Of Law In Support Of Joint Motion For Preliminary Approval Of Class Settlement; (2) Joint Statement Of Proposed Settlement; (3) Proposed Preliminary Approval Order; and (4) Proposed Short-Form and Long-Form Notices to class members.

Based on the information provided and for the reasons stated in the

memorandum of law, the Parties ask the Court to grant the motion and preliminarily approve the agreed upon class settlement.

Dated: January 31, 2024

| | |
|---|---|
| **WILLIAMSON AND YORK, LLC** | **SMITH GAMBRELL & RUSSELL, LLC** |
| /s/ John Williamson<br>John Williamson<br>Ga. Bar No. 765190<br>jhw@williamsonyork.com<br>(678) 358-9317 | /s/ Emily Friedman<br>Emily Friedman<br>Ga. Bar No. 659432<br>efriedman@sgrlaw.com |
| /s/ J. Christopher York<br>J. Christopher York<br>Ga. Bar No. 781180<br>(678) 860-1711 | Colin Delaney<br>Ga. Bar No. 216858<br>cdelany@sgrlaw.com |
| 2727 Paces Ferry Road, SE<br>Building One, Suite 750<br>Atlanta, Georgia 30339 | Monica P. Witte<br>Ga. Bar No. 405952<br>mwitte@sgrlaw.com |
| -and- | 1105 W. Peachtree Street, NE<br>Suite 1000<br>Atlanta, Georgia 30309<br>(404) 815-3500 |
| **JAMES WHITE FIRM, LLC** | |
| James H. White, IV (admitted *pro hac vice*)<br>james@whitefirmllc.com | **Attorneys for Defendant Columbus Regional Healthcare System, Inc.** |
| 2100 Morris Avenue<br>Birmingham, Alabama 35203 | |
| **Attorneys for Plaintiffs** | |