IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA GOODMAN, LISA COUNTRYMAN, SHARON CLARKE, CHERYL GALLOPS, and LAUREN SPIVEY, Individually and of behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>COLUMBUS REGIONAL HEALTHCARE SYSTEM, INC,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*  Case No. 4:21-cv-15 (CDL)<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of June 2024.

                David W. Bunt, Clerk


                s/ Timothy L. Frost, Deputy Clerk